279

MAY 3, 1946

**No. 51097.**—SUIT 4509.—
—*United States* v. *Somerset Importers, Ltd.* C. D. 909 affirmed March 4, 1946. C. A. D. 328.

MAY 7, 1946

**No. 51098.**—SUIT 4518.—
—*Standard Oil Co. of Louisiana* v. *United States.* C. D. 926 affirmed March 6, 1946. C. A. D. 329.

BEFORE THE SECOND DIVISION, MAY 8, 1946

**No. 51099.**—Protest 107368–K of Millinery Clearing House, Inc. (New York).

Opinion by TILSON, J. An examination of the record disclosing nothing which would justify the court in disturbing the action of the collector, the protest was overruled.

BEFORE THE THIRD DIVISION, MAY 8, 1946

**No. 51100.**—Protests 36287–K, etc., of A. Bianco & Son, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* The protests were sustained to this extent.

**No. 51101.**—Protests 43466–K, etc., of Fontana Hollywood Co. of N. Y., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* The protests were sustained to this extent.

**No. 51102.**—Protests 47595–K, etc., of John Ambriola et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v.